RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 25 2026

FILED ____ ____
DOCKETED ____ ____
DATE INITIAL

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Form 27. Motion for** TEMPORARY INJUNCTION UNTIL MY APPEAL IS DECIDED

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** 26 - 3144

**Case Name** NON - APPEARING DEFENDANTS IN 8:23-CV-00467-CV-AJR

**Lower Court or Agency Case Number** 8:23-CV-00467-CV-AJR

What is your name? MAYKEL J. CASTILLO - SANCHEZ

1. **What** do you want the court to do?

I NEED A TEMPORARY INJUNCTION ORDER TO GET CONFIDENTIAL PLACEMENT AT THE CALIFORNIA MEN'S COLONY STATE PRISON, OR AT ATASCADERO STATE HOSPITAL IN THE COUNTY OF SAN LUIS OBISPO, CALIFORNIA, TO STOP THE HARMS AND DANGER OF PLAINTIFF - APPELLATE WHILE HIS APPEAL IS DECIDED, PURSUANT TO TITLE 15, § 3375.2 (5); SEE ALSO SECTION 3321 (a)(1), (3) AND (4) FOR THE DEFINITION OF CONFIDENTIAL MATERIAL.

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

THE UNCONSTITUTIONAL HARMS AND DANGERS AT HIGH DESERT STATE PRISON ARE INTERFERING WITH MY APPEAL IN THIS COURT AND VIOLATES MY RIGHTS AND ARE STILL HAPPENING AND CAN CONTINUE TO HAPPEN IN THE FUTURE. I AM INJURED AND THEY INJURING ME EVEN FURTHER AND PLACING MY LIFE AND SAFETY IN REAL DANGER WITH THE DELIBERATE INDIFFERENCES TO MY SERIOUS MEDICAL AND SAFETY NEED AND COMPLAINTS WITH RETALIATIONS. RIGHT NOW THEY INJURED MY BACK AND THEY ARE CONTINUING TO INJURING EVEN FURTHER THREATENING ME TO WALK FAR DISTANCES WITH ACCOMMODATIONS AND I AM HURTING AND IN A LOT OF PAIN SO THEY WON'T GIVE ME MEDICAL ATTENTION BECAUSE I CAN'T WALK WITH HURTING A VERY LONG DISTANCE WHERE THE CLINIC AND SERVICES ARE AT. ALSO BECAUSE THE COURT HAS GIVE ME CONFIDENTIAL MATERIAL TO POSSES AS A SELF-REPRESENTED LITIGANT IT IS LIKELY THAT HIGH DESERT STATE

SEE ATTACHED PAGE

Your mailing address:

HIGH DESERT STATE PRISON, P.O. BOX 3030,

City SUSANVILLE State CA Zip Code 96127

Prisoner Inmate or A Number (if applicable) CO4299

**Signature** MJC. **Date** 6-18-26

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

FORM 27

PRISON ARE GOING TO HARM ME BY PLACING ME WITH ANOTHER INMATE IN THE SAME CELL INSTEAD OF GRANTING ME CONFIDENTIAL PLACEMENT AS SELF-REPRESENTED LITIGANT WHO POSSESS CONFIDENTIAL MATERIAL THAT THE COURTS AND MEDICAL FACILITIES HAVE GIVE IT TO ME AND THAT ARE NEEDED IN ORDER TO LITIGATE MY ACTIONS IN THE THIS COURT, THE DISTRICT COURT AND THE SUPERIOR COURT, AS THE MATERIALS ARE CLASSIFIED CONFIDENTIAL MATERIAL (SEE TITLE 15, § 3375.2(5) AND 3321(a)(1), (3) AND (4).) . THE CDCR PERSONNEL AT HIGH DESERT STATE PRISON ARE THREATENING ME OF ASSAULTING ME IF I DON'T WALK, EVEN THOUGH I AM COMPLAINING THAT I AM INJURED AND SOMETHING IS WRONG WITH MY BACK AND MY LEGS AND THAT I AM HURTING .

DATED: 6-18-26

X [signature]

MAYKEL J. CASTILLO - SANCHEZ

CD4299 - A.5.149